UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. André M. Espinosa, U.S.M.J. |
| v. | : | Mag. No. 25-11260 |
| TOMAS-KAAN JIMENEZ-GUZEL | : | **ORDER FOR CONTINUANCE** |

1. This matter came before the Court on the joint application of the United States (Camila Garces, Assistant U.S. Attorney, appearing), and defendant Tomas-Kaan Jimenez-Guzel (Alyssa A. Cimino, Esq. appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through January 14, 2026.

2. This Court granted no § 3161(h)(7(A) continuances previously in this case.

3. Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4. Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendant, through counsel, has consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

      a.    The charges in this case result from a lengthy investigation, and the pre-indictment discovery that the United States may voluntarily provide the defendant will likely require defense counsel adequate time to review.

      b.    Both the United States and the defendant desire additional time to negotiate a plea agreement, which would render grand jury proceedings and a trial in this matter unnecessary.

      c.    Despite the exercise of diligence, therefore, the circumstances of this case require giving defense counsel a reasonable amount of additional time for effective preparation.

      d.    Thus, the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued for a period of 70 days from November 5, 2025 through January 14, 2026; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

                                                       _____
                                                      HON. ANDRÉ M. ESPINOSA
                                                      United States Magistrate Judge

Dated: November 5, 2025

Form and entry consented to:

/s/ Camila Garces                                _____
Camila Garces                                      Alyssa A. Cimino
Assistant U.S. Attorney                     Counsel for Tomas-Kaan Jimenez-Guzel