# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA *Plaintiff* | MAGISTRATE JUDGE: José R. Almonte |
| v. | CASE NO. 25-MJ-11260 |
| THOMAS-KAAN JIMENEZ-GUZEL *Defendant* | DATE OF PROCEEDINGS: 2/6/2026 |
| | DATE OF ARREST: |

**PROCEEDINGS:** Bail Hrg.

- [ ] COMPLAINT
- [ ] ADVISED OF RIGHTS
- [ ] ORDER OF DETENTION
- [ ] APPT. OF COUNSEL: ___ AFPD   ___ CJA
- [ ] PRELIMINARY HEARING WAIVED ON THE RECORD
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: ___ GUILTY  ___ NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER: Waived formal reading of the charging document/s
- ( ) OTHER: Brady & Padilla Warning read into the record.
- (x) OTHER: Bail Heard.
- ( ) OTHER:

- [ ] TEMPORARY COMMITMENT
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [x] BAIL DENIED – DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: ___ COURT ___ JURY
- [ ] SENTENCING
- [ ] OTHER:

DATE:
DATE:
DATE:
DATE:
DATE:

**APPEARANCES:**

AUSA: Camila Garces
DEFT. COUNSEL: Deirdre Von Dornum / Krista Staropoli
PROBATION:
INTERPRETER
 Language:

TIME COMMENCED: 11:00 a.m.
TIME TERMINATED: 12:00 p.m.
CD NO: ECR

Alexus Wheeler
DEPUTY CLERK