UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 25-11260 |
| | : | |
| v. | : | Hon. José R. Almonte |
| | : | |
| TOMASKAAN JIMENEZ-GUZEL | : | **MEDICAL ORDER** |

**THIS MATTER** having come before the Court upon the application of Defendant Tomaskaan Jimenez-Guzel, who is currently under the custody of the United States Marshals Service ("U.S.M.S.") and housed at the Essex County Correctional Facility ("Essex County Jail"), seeking an order directing that he be evaluated by a neurologist due to ongoing migraines; and

the Government not objecting to the request; and

the Court recognizing that the Defendant is in the legal custody of the U.S.M.S. and that medical care is administered through Essex County Jail, where the Defendant is housed; and

the Court further recognizing that it is not in a position, at this juncture, to override the judgment of the medical experts rendering care to the Defendant; and

**IT IS THEREFORE** on this _2_ day of March, 2026,

**ORDERED** that by March 31, 2026, the U.S.M.S., through the appropriate medical providers at Essex County Jail, shall assess whether a referral to a neurologist is medically necessary based on the Defendant's medical history; and

**FUTHER ORDERED** that, if a referral is not necessary, by April 15, 2026, the medical provider shall explain to the Defendant's counsel in writing the reason for the lack of referral; and

**FURTHER ORDERED** that the Defendant may request a status conference with the Court after April 15, 2026, if this issue remains unresolved.

_____
HON. JOSÉ R. ALMONTE
United States Magistrate Judge