## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Hon. André M. Espinosa, U.S.M.J.

           : 

       v.           :     Mag. No. 25-11260-AME-1

           : 

TOMAS-KAAN JIMENEZ-GUZEL     :     **ORDER FOR CONTINUANCE**

1. This matter came before the Court on the joint application of Robert Frazer, United States Attorney for the District of New Jersey (Camila Garces, Assistant U.S. Attorney, appearing), and defendant Tomas-Kaan Jimenez-Guzel ("the defendant") (Deirdre von Dornum, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through July 27, 2026.

2. This Court granted three § 3161(h)(7(A) continuances previously in this case.

3. Counsel for the parties represented that this additional continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4. Counsel for the United States also represented that this additional continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendant, through counsel, has consented to this continuance.

7.    FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

a.    Both the United States and the defendant desire additional time for entry of a plea, which would render grand jury proceedings and a trial in this matter unnecessary.

b.    Thus, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from May 25, 2026 through July 27, 2026; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

_____
HON. ANDRÉ M. ESPINOSA
United States Magistrate Judge

Dated: May __6__, 2026

- 2 -

- 3 -

Form and entry consented to:

_____
Deirdre von Dornum, Esq.
Counsel for Tomas-Kaan Jimenez-Guzel

_____
Camila Garces
Assistant U.S. Attorney

_____
Joyce M. Malliet
Chief, National Security Unit