

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

---

*Camila Garces*
*Assistant United States Attorney*

*970 Broad Street, 7th floor*
*Newark, New Jersey 07102*

*973-645-2700*

June 30, 2026

**VIA EMAIL AND ECF**

The Honorable André M. Espinosa, U.S.M.J.
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:    *United States v. Saed Ali Mirreh*, Mag. No. 25-11260-AME-2

Dear Judge Espinosa:

Enclosed is a signed consent form to transfer the above-referenced case from the District of New Jersey to the Western District of Washington for plea and sentence pursuant to Federal Rule of Criminal Procedure 20.

Very truly yours,

ROBERT FRAZER
United States Attorney

By:    _____
Camila Garces
Assistant U.S. Attorney

cc: Dawn Farina, Esq. and Casey Matthew Arbenz, Esq., Counsel for Saed Ali Mirreh