SO ORDERED
on this 2nd day of July 2026

*Andrè M. Espinosa*

**Andrè M. Espinosa, USMJ**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. André M. Espinosa, U.S.M.J. |
| | : | |
| v. | : | Mag. No. 25-11260 (AME) |
| | : | |
| SAED ALI MIRREH | : | |

### Consent to Transfer of Case
### for Plea and Sentence Pursuant to Fed. R. Crim. P. 20

I, Saed Ali Mirreh, defendant, have been informed that a Complaint is pending against me in the above-designated case. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Western District of Washington in which I am held, and to waive trial in the above-captioned District.

Dated: April 16, 2026

_____
Saed Ali Mirreh

_____
Dawn Farina, Esq.
Casey M. Arbenz, Esq.

Approved:

_____
United States Attorney for the
Western District of Washington

_____
United States Attorney for the
District of New Jersey